```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23259
   MYRIAM ARROYO
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-2390


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/11/2007 and was confirmed 02/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.00%.

     The case was dismissed after confirmation 06/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC          CURRENT MORTG    1007.40           .00        1007.40
CITIMORTGAGE INC          MORTGAGE ARRE   17652.20           .00            .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED          .00            .00
PALISADES COLLECTIONS     UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         503.07           .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY     3,074.00                          .00
TOM VAUGHN                TRUSTEE                                         87.60
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,095.00

PRIORITY                                                 .00
SECURED                                             1,007.40
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   87.60
DEBTOR REFUND                                            .00
                        ---------------      ---------------
TOTALS                   1,095.00                   1,095.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE